**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern    District of    New York
(State)

Case number (*If known*): _____    Chapter    11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    GRM Energy Investment Limited

**2. All other names debtor used in the last 8 years**    N/A

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    N/A

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Number    Street | Number    Street |
| Quijano Chambers, P.O. Box 3159 | P.O. Box |
| Road Town, Tortola, British Virgin Islands | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | Number    Street |
| | N/A |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**    https://www.stonewaycap.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)

Page | 1

|   |   |   |
|---|---|---|
| | ☐ | Other. Specify: _____ |
| **7.** **Describe debtor's business** | A. | *Check one:* |
| | ☐ | Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ | Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ | Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ | Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ | Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ | Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ | None of the above |

Activities Related to Real Estate

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
<u>2211</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.  *Check all that apply:*
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 on a consolidated basis (amount subject to adjustment on 4/01/16 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____ (MM / DD / YYY)  Case number _____
         District _____  When _____ (MM / DD / YYY)  Case number _____

Page | 2

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No ☒ Yes. | Debtor | See attached Annex A | Relationship | Affiliate |
| | List all cases. If more than 1, attach a separate list. | | District | Southern District of New York | When | 04/07/2021 |
| | | | | | | MM / DD / YYYY |
| | | | Case number, if known | | | |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                            Number        Street

_____
City                State    ZIP Code

**Is the property insured?**
☐ No.
☐ Yes.  Insurance agency  _____

        Contact name  _____

        Phone  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds***

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors****

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets****

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities****

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/21/2021
MM / DD / YYYY

x  /s/ *David Mack*          David Mack
Signature of authorized representative of debtor          Printed name

Title  Director

* Distribution cannot be known at this time.
**Items 14–16 herein are provided on a consolidated basis.

| | | | |
|---|---|---|---|
| **18.** **Signature of attorney** | x  /s/   Fredric Sosnick  <br>Signature of attorney for debtor | Date | 10/21/2021 <br> MM / DD / YYYY |

Fredric Sosnick
Printed Name

Shearman & Sterling LLP
Firm name

599 Lexington Ave
Number       Street

| | | |
|---|---|---|
| New York <br> City | NY <br> State | 10022 <br> Zip Code |
| 212-848-8571 <br> Contact phone | | fsosnick@shearman.com <br> Email address |
| 2472488 <br> Bar number | | NY <br> State |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GRM ENERGY INVESTMENT LIMITED, | ) ) ) | Case No. 21-_____ (JLG) |
| Debtor. | ) ) ) |  |

**Annex A**

**AFFILIATED ENTITIES**

On April 7, 2021, each of the affiliated entities listed below filed petitions for relief under chapter 11 of title 11 of the United States Code in this Court. Those cases are being jointly administered pursuant to the *Order Authorizing Joint Administration of Chapter 11 Cases* entered in *In re Stoneway Capital Ltd.*, Case No. 21-10646 (JLG) (Bankr. S.D.N.Y. April 15, 2021) [ECF No. 32] (the "Joint Administration Order"). Pursuant to paragraph nine of the Joint Administration Order, contemporaneously herewith, GRM Energy Investment Limited has filed a notice with the Court identifying the cases of such affiliates and stating that the Joint Administration Order shall apply to such cases.

1. Stoneway Capital Ltd.
2. Stoneway Capital Corporation
3. Stoneway Energy International LP
4. Stoneway Energy LP
5. Stoneway Group LP
6. Stoneway Power Generation Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| GRM ENERGY INVESTMENT LIMITED, | Case No. 21-_____ (JLG) |
| Debtor. |  |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, GRM Energy Investment Limited states as follows:

- GRM Energy Investment Limited is wholly owned by GRM SPV LLC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GRM ENERGY INVESTMENT LIMITED, ) | Case No. 21- _____ (JLG) |
| ) | |
| Debtor. ) | |

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, the undersigned officer of GRM Energy Investment Limited, the company named as a debtor in the above-captioned case, declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Dated: October 21, 2021

/s/ *David Mack*
Name: David Mack
Title: Director

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GRM ENERGY INVESTMENT LIMITED, | Case No. 21- _____ (JLG) |
| Debtor. | |

**LIST OF DEBTOR'S EQUITY SECURITY HOLDERS**
**IN ACCORDANCE WITH BANKRUPTCY RULE 1007**

**Membership Interests**

| Name, Address and Telephone of Equity Holder | Percentage of Shares |
|---|---|
| GRM SPV LLC<br>1209 Orange Street,<br>Wilmington, Delaware<br>19801 | 100% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GRM ENERGY INVESTMENT LIMITED, | Case No. 21-_____ (JLG) |
| Debtor. | |

# DECLARATION CONCERNING LIST OF DEBTOR'S EQUITY SECURITY HOLDERS IN ACCORDANCE WITH BANKRUPTCY RULE 1007

I, the undersigned Director of GRM Energy Investment Limited, the company named as a debtor in the above-captioned case, declare under penalty of perjury that I have reviewed the foregoing List of Debtor's Equity Security Holders and that it is true and correct to the best of my knowledge, information, and belief.

Dated: October 21, 2021

/s/ *David Mack*
Name: David Mack
Title: Director

**GRM ENERGY INVESTMENT LIMITED**
**COMPANY NUMBER 1956730**
**(THE "COMPANY")**

---

**WRITTEN RESOLUTIONS OF THE SOLE DIRECTOR**
**OF THE COMPANY DATED OCTOBER 21, 2021**

---

Regulation 14.1 of the Company's articles of association (the "**Articles**") provides that the business and affairs of the Company shall be managed by, or under the supervision of, the directors of the Company, who may exercise all such powers of the Company as are not by British Virgin Islands law or the Memorandum or Articles required to be exercised by the members.

The undersigned, being the sole director of the Company (the "**Sole Director**"), acting by written consent without a meeting pursuant to Regulation 15.7 of the Articles **HEREBY CONSENTS** to the following resolutions:

**1.    DIRECTOR'S INTERESTS**

1.1    **IT IS NOTED** that the Sole Director has disclosed any interest in the matter(s) the subject of these resolutions, including as a director, officer, member, employee of the Company (and certain of its affiliates and subsidiaries) in accordance with Section 124(1) of the BVI Business Companies Act and the Company's Articles.

**2.    ORGANIZATIONAL STRUCTURE**

2.1    **IT IS NOTED** that:

(a)    the Company is the (i) sole shareholder of Stoneway Capital Ltd., a BVI business company limited by shares formed in the British Virgin Islands ("**Stoneway Capital**"), and (ii) limited partner of Stoneway Group, L.P. ("**SGLP**"), a limited partnership formed and existing under the laws of the province of New Brunswick, Canada;

(b)    SGLP's sole asset is its holding in Stoneway Power Generation Inc. ("**Stoneway Power**"), which is in turn sole shareholder in Stoneway Capital Corporation ("**SCC**");

(c)    SCC is a limited partner in Stoneway Energy International, L.P. ("**SEI**"), a limited partnership formed and existing under the laws of the province of New Brunswick, Canada;

(d)    SEI is a limited partner in Stoneway Energy LP ("**SELP**"), a limited partnership formed and existing under the laws of the province of New Brunswick, Canada; and

(e)    Stoneway Capital, SGLP, Stoneway Power, SCC, SEI, and SELP filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (defined below) in the United States Bankruptcy Court for the Southern District of New York on April 7, 2021.

**3.    VOLUNTARY PETITION UNDER THE PROVISIONS OF CHAPTER 11 OF THE BANKRUPTCY CODE**

3.1    **IT IS RESOLVED** that:

(a) in the business judgment of the Sole Director, it is desirable and in the best interests of the Company, the creditors of the Company, and other parties in interest that the Company file or cause to be filed a voluntary petition in the Court seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), in which the authority to operate as a debtor in possession will be sought;

(b) that David Mack, as Sole Director acting for and on behalf of the Company (the "**Authorized Person**") be, and hereby is, authorized on behalf of the Company to execute and verify petitions, schedules, lists and other motions, papers or documents to commence the chapter 11 cases, each such document to be filed at such time as the Authorized Person shall determine and to be in the form approved by the Authorized Person, such approval to be conclusively evidenced by the execution, verification and filing thereof;

(c) that the Authorized Person be, and hereby is, authorized on behalf of the Company to take any and all further acts and deeds that he deems necessary or proper to obtain relief under chapter 11 of the Bankruptcy Code;

(d) that the Authorized Person be, and hereby is, authorized and directed to retain on behalf of the Company (i) the law firm of Shearman & Sterling LLP to render legal services to and represent the Company in connection with the chapter 11 filing and any other related matters in connection therewith, on such terms as the Authorized Person shall approve and subject to approval of the Court, and (ii) such other professionals as the Authorized Person deems necessary and appropriate during the course of the chapter 11 filing;

(e) that the Authorized Person be, and hereby is, authorized to engage and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals (including, without limitation, those professionals specifically named herein) in connection with the Chapter 11 Case, on such terms as such Authorized Person deems necessary, appropriate, proper or desirable, with a view to the successful prosecution of such case.

**4.     GENERAL AUTHORIZATION**

4.1   **IT IS RESOLVED** that:

(a) the Company do give, make, sign, execute and deliver all such notes, deeds, agreements, letters, notices, certificates, acknowledgements, instructions, fee letters and other documents (whether of a like nature or not) (the "**Ancillary Documents**") as may in the sole opinion and absolute discretion of the Authorized Person be considered necessary or desirable for the purpose of compliance with any condition precedent or the coming into effect of or otherwise giving effect to, consummating or completing or procuring the performance and completion of all or any of the transactions contemplated by or referred to in these resolutions and the Company do all such acts and things as might in the opinion and absolute discretion of the Authorized Person be necessary or desirable for the purposes stated above;

(b) the Ancillary Documents be in such form as the Authorized Person in his absolute discretion and opinion approve, the signature of the Authorized Person on any of the Ancillary Documents being due evidence for all purposes of his approval of the terms thereof on behalf of the Company; and

(c) the Ancillary Documents, where required to be executed by the Company, be executed by the signature thereof of the Authorized Person and where required to be sealed, by affixing thereto of the Seal of the Company, such Seal when affixed to any written instrument be

       witnessed and attested to by the signature of the Authorized Person or any other person so authorized by way of a resolution of the Sole Director ; and

(d)     in connection with or to carry out the actions contemplated by the foregoing resolutions, the Authorized Person and any other officer of the Company be, and such other persons as are authorized by any of them be, and each hereby is, authorized, in the name and on behalf of the Company, to do such further acts and things as any director or officer or such duly authorized other person shall deem necessary or appropriate, including to do and perform (or cause to be done and performed), in the name and on behalf of the Company, all such acts and to sign, make, execute, deliver, issue or file (or cause to be signed, made, executed, delivered, issued or filed) with any person including any governmental authority or agency, all such agreements, documents, instruments, certificates, consents or waivers and all amendments to any such agreements, documents, instruments, certificates, consents or waivers and to pay, or cause to be paid, all such payments, as any of them may deem necessary or advisable in order to carry out the intent of the foregoing resolutions, the authority for the doing of any such acts and things and the signing, making, execution, delivery, issue and filing of such of the foregoing to be conclusively evidenced thereby.

**5. RATIFICATION**

5.1     Any and all actions of the Company or the Sole Director or any shareholder of the Company, taken in connection with any matter contemplated by the foregoing resolutions that have been done on or before the date hereof be and are hereby adopted, ratified, confirmed and approved in all respects as fully as if such action(s) had been presented to for approval and approved by, the Sole Director prior to such action being taken.

*Signature Page Follows.*

IN WITNESS WHEREOF, the undersigned Sole Director has duly executed these Resolutions as of the date first written above.

*David Mack*
_____

Name: David Mack
**Sole Director**

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims on a Consolidated Basis and Are Not Insiders[1]

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Siemens Energy Inc. 4400 Alafaya Trail Orlando, FL 32826-2399 Phone: 407-736-7075 | Paula Gonzalez Email: paulargonzalez@siemens.com | Unsecured litigation claim | Contingent and disputed | | | $22,523,011.39 |
| 2 | DF / Mompresa, S.A.U. Parque Cientifico Tecnologico Ada Byron, 90 33203 Gijon, Asturias (Spain) Phone: +34 985 19 91 16 | Ignacio Rodriguez +34 38985179457 | Unsecured litigation claim | Contingent and disputed | | | $4,480,653.69 |
| 3 | Siemens Energy AB Slottsvägen 2-6 612 83 Finspång, Sweden | Peter Hjelm Email: peter.hjelm@siemens.com | Unsecured litigation claim | Contingent and disputed | | | $1,735,208.39 |
| 4 | Gramercy Energy Secured Holdings II LLC c/o Gramercy Funds Management LLC 20 Dayton Avenue Greenwich, CT 06830 Phone: 203-552-1943 | Attn: Tomás Serantes; Marc Zelina Email: tserantes@gramercy.com; mzelina@gramercy.com | Unsecured Note claims | | | | $1,116,017.17 |
| 5 | Simpson Thacher & Bartlett LLP 425 Lexington Avenue New York, NY 10017 Phone: 212-455-2664 | Todd Crider tcrider@stblaw.com Phone: +1-212-455-2664 | Legal Services | Disputed | | | $151,489.33 |

---

[1] The debtor reserves its right to amend or modify this consolidated list of creditors, including to reflect that any of the claims on the list are contingent, unliquidated, or disputed. Nothing herein should be construed as an admission of validity of any party's claim or admission as to the amount owed.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Gemcorp Fund I Limited c/o Gemcorp Capital LLP 1 New Burlington Place London, W1S 2HR United Kingdom | Attn: General Counsel/Operations Email: generalcounsel@gemcorp.net ; ops@gemcorp.net | Unsecured Note claim | | | | $122,989.34 |
| 7 | Gemcorp Multi Strategy Master Fund SICAV SCS c/o Gemcorp Capital LLP 1 New Burlington Place London, W1S 2HR United Kingdom | Attn: General Counsel/Operations Email: generalcounsel@gemcorp.net ; ops@gemcorp.net | Unsecured Note claim | | | | $47,489.76 |
| 8 | Araucaria Capital S.A. Av. del Libertador 498, 15th Floor Buenos Aires, Argentina Phone: 54-11-5252-0303 | Attn: President or General Counsel Email: info@araucariaenergy.com | Administrative services | Disputed | | | $45,790.00 |
| 9 | Sargent & Lundy LLC 55 East Monroe Street Chicago, IL 60603 Phone: 312-269-9675 | Terrence P. Coyne Email: terrence.p.coyne@sargentlundy.com | Engineering services | Disputed | | | $28,000.00 |
| 10 | SS&C Intralinks 685 Third Ave, 9th Floor New York, NY 10017 Phone: 212-342-7676 | Susie Xiao Email: sxiao@intralinks.com T: +852 3704 4740 | Virtual data room hosting services | Disputed | | | $27,310.00 |
| 11 | Vista South America Inc. 12405 NE 6th Avenue North Miami, FL 33161 Phone: 305-266-3029 | Attn: Ariel Wainer | Travel agent services | Disputed | | | $25,000.00 |
| 12 | Maples and Calder BV Sea Meadow House PO Box 173 Road Town VG1110 British Virgin Islands Phone: 284-852-3000 | Chloe Harris Email: chloe.harris@maples.com | Legal Services | Disputed | | | $21,308.47 |
| 13 | Aldebaran Group Ltd. 12 Gough Square, 3rd Floor London, EC4A 3DW United Kingdom Phone: +44 7392 742245 | Attn: Jacques Marie Blehaut | Financial consultant services | Disputed | | | $19,719.66 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Epiq Corporate Restructuring LLC<br>777 Third Avenue, 12th Floor<br>New York, NY 10017<br><br>Phone: 312-560-6333 | Attn: Brad Tuttle, Senior Managing Director<br><br>Email: btuttle@epiqglobal.com | Consultant Services | Disputed | | | $19,213.00 |
| 15 | Baker & McKenzie LLP<br>452 Fifth Avenue<br>New York, New York 10018<br><br>Phone: 212-626-4100 | Clyde Rankin, III<br><br>Email: clyde.rankin@bakermckenzie.com | Legal Services | Disputed | | | $16,618.41 |
| 16 | WD Capital Markets Inc.<br>Wildeboer Dellelce Place<br>Suite 805<br>365 Bay Street<br>Toronto, Ontario M5H 2V1<br><br>Phone: 416-847-6907 | Artur Agivaev<br><br>Email: artur@wdcapital.ca | Financial services | Disputed | | | $11,419.50 |
| 17 | Cratos Global<br>3225 Shallowford Road, Suite 810 Marietta, Georgia 30062<br><br>Phone: 770-691-3120 | Attn: President or General Counsel | Power project consulting services | Disputed | | | $11,411.14 |
| 18 | Kekst and Company Inc.<br>437 Madison Avenue, 37th Floor<br>New York, NY 10022<br><br>Phone: 212 521 4800 | Daniel Yunger<br><br>Email: daniel.yunger@kekstcnc.com | Media and communication services | Disputed | | | $9,855.68 |
| 19 | Atahualpa USA LLC<br>6820 Indian Creek Dr., Unit 2F<br>Miami Beach, FL 33141 | Attn: Carlos Bussolini, Director | Communication services | Disputed | | | $8,000.00 |
| 20 | CT Lien Solutions<br>c/o Wolters Kluwer<br>2700 Lake Cook Road<br>Riverwoods, IL 60015<br>Phone: 800-833-5778 | Attn: President or General Counsel<br><br>Email: liensolutions.clientsupport@walterskluwer.com | Federal litigation search services | Disputed | | | $7,535.24 |
| 21 | Citrix Systems Inc.<br>851 W. Cypress Creek Road<br>Fort Lauderdale, FL 33309<br><br>Phone: 800-424-8749 | Attn: President or General Counsel | Information technology services | Disputed | | | $1,707.75 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 | O'Farrell Inc.<br>167 Madison Avenue, Suite 303<br>New York, NY 10016<br><br>Phone: 305-468-4614 | Attn: Michael Joseph<br><br>Email: info@ofarrelusa.com | Legal services | Disputed | | | $1,340.00 |
| 23 | Samuel Knight<br>City Quadrant, Offices 13-15<br>Waterloo Square<br>Newcastle Upon Tyne, NE1 4DP<br>United Kingdom<br><br>Phone: +44 (191) 481 3620 | Attn: President or General Counsel<br><br>Email: energy@samuel-knight.com | Consulting services | Disputed | | | $468.00 |
| 24 | Broadridge Financial Solutions<br>51 Mercedes Way<br>Edgewood, NY 11717<br><br>Phone: 631-254-7422 | Attn: Joseph Naso<br><br>Email: joseph.naso@broadridge.com | | Disputed | | | $364.00 |

| | |
|---|---|
| Debtor Name: | GRM Energy Investment Limited |

United States Bankruptcy Court for the Southern District of New York

Case Number (if known): 21-_____(JLG)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims on a Consolidated Basis and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct. Executed on  10/21/2021
MM / DD / YYYY

x  /s/ *David Mack*                              David Mack
Signature of authorized representative of debtor   Printed name

Title    Director